**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALFREDO MESTRE, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN WAGNER, et al** | : | **NO. 10-7141** |

## ORDER

**AND NOW**, this 31st day of January, 2012, upon consideration of the Motion to Dismiss of Defendants Warden George Wagner, Lieutenant Castro, and Sergeant Svenson Pursuant to F. R. C. P. 12(b)(6) (Document No. 19) and the Motion of Defendant Chaplain Eileen McKeown to Dismiss Plaintiff's Complaint (Document No. 32), and the plaintiff's responses to the motions, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

       /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.